

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00613-CV

Gary P. **LAWTON**, M.D., FACS,
Appellant

v.

Rachel **JOAQUIN**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16544
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the trial court's order denying the motion to dismiss is REVERSED, and this case is REMANDED to the trial court for (1) entry of an order granting the motion to dismiss with prejudice, and (2) other proceedings consistent with our opinion.

SIGNED February 26, 2014.

_Karen Angelini_
Karen Angelini, Justice